MARIANNA BAKULA, ADMINISTRATRIX (ESTATE OF RICHARD BAKULA) *v.* BELL HELMETS, INC.
(8311)

O'CONNELL, NORCOTT and HEIMAN, Js.

Argued April 30—decision released May 21, 1991

*Zbigniew S. Rozbicki,* for the appellant (plaintiff).

*William C. Franklin,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.